**UNITED STATES COURT OF INTERNATIONAL TRADE**  FORM 7

| CARBON ACTIVATED TIANJIN CO. LTD.; et. al., |
| Plaintiff, |
| v. |
| UNITED STATES |
| Defendant. |

Court No. 23-266
and Attached Schedule

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 1/9/2024 _____

/s/ John M. Peterson
_____
Attorney for Plaintiff
55 Broadway Suite 2602
_____
Street Address
New York, NY 10006
_____
City, State and Zip Code
212-635-2730
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
|  |  |  |  |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __January 9, 2024__

                                      Clerk, U. S. Court of International Trade

                                      By: __/s/ Jason Chien__
                                                Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)